> The request is granted. So ordered.
> /s/ Alvin K. Hellerstein
> April 28, 2022

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

April 27, 2022

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: United States v. Joseph Campbell
          20 Cr. 631 (AKH)

Dear Judge Hellerstein:

    I am appointed counsel for Joseph Campbell, the defendant in the above-captioned matter. I am writing to respectfully request that my associate, Rachel Perillo, Esq., be authorized to appear on my behalf at the status conference scheduled for Tuesday, May 3, 2022 because I will be actually engaged in trial in the matter of *USA v. Kandic*, 17 Cr. 449 (NGG) on that date before Hon. Nicholas G. Garaufis in the Eastern District of New York.

    Ms. Perillo is a 2014 New York Law School graduate and is admitted to practice before this Court. She regularly assists me and other partners in my law office in assigned cases and often is assigned as associate counsel in criminal matters in the Southern District of New York.

    Mr. Campbell has no objection to my associate standing in for me under these circumstances. Thank you very much for your attention to this matter.

                                    Respectfully submitted,

                                    *Robert A. Soloway*

                                    Robert A. Soloway

RS:sc