# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

September 1, 2022

BY ECF

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted.  The sentencing is adjourned to November 17, 2022 at 11:30 a.m.  So ordered.
/s/ Alvin K. Hellerstein
September 2, 2022

Re:  United States v. Joseph Campbell
     Ind No: 20 Cr. 631 (AKH)

Dear Judge Hellerstein:

    I write to respectfully request that the sentence in the referenced matter, currently set for September 8, be postponed to a date convenient to the Court and parties in mid-November, 2022. The reason for this request is that the defense is in the process of gathering and reviewing documents important to the planned sentencing presentation, and wishes to interview several individuals who possess information relevant to sentence.  Mr. Campbell is currently at liberty on bail, working full time, and in compliance with the conditions of his release.  The government, by AUSA Andrew Rohrbach, has no objection to this application.

    Thank you very much for your attention to this matter.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc