UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA    :

    :

    :    **SCHEDULING ORDER**

    -against-    :

    :    20 Cr. 631 (AKH)

    :

    :

JOSEPH CAMPBELL,    :

    :

    Defendant.    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing scheduled for December 15, 2022, is adjourned to January 24, 2023, at 11:00 a.m..

        No later than January 17, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    December 12, 2022                        _/s/_ Alvin K. Hellerstein_
            New York, New York                   ALVIN K. HELLERSTEIN
                                                        United States District Judge