UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA                :
                                        :
                                        :   **SCHEDULING ORDER**
          -against-                     :
                                        :   20 Cr. 631 (AKH)
                                        :
                                        :
JOSEPH CAMPBELL,                        :
                                        :
                        Defendant.      :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The sentencing scheduled for January 24, 2023, is adjourned to February 13, 2023, at 10:00 a.m..

       SO ORDERED.

Dated:   January 23, 2023                 \_\_\_\_/s/\_Alvin K. Hellerstein\_\_\_\_\_
        New York, New York             ALVIN K. HELLERSTEIN
                                                 United States District Judge