UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA, :

: [Proposed] Order
-against - 
: 20 Cr. 631 (AKH)
JOSEPH CAMPBELL,
:
Defendant.
------------------------------------------------------------ X

WHEREAS, JOSEPH CAMPBELL, is currently at liberty on conditions of bail pursuant to an Appearance Bond filed in this matter December 3, 2020, which provides among other things that he will be subject to electronic monitoring; and,

WHEREAS, JOSEPH CAMPBELL, has moved this Honorable Court to remove the electronic monitoring condition in its entirety pending his surrender to serve a sentence of six months imprisonment, imposed February 13, 2023;

NOW THEREFORE, IT IS HEREBY ORDERED that JOSEPH CAMPBELL's motion is granted, and his conditions of bail are modified effective immediately to remove the electronic monitoring bail condition, and in all respects not specifically referenced herein, his conditions of bail are to remain as they are.

So Ordered:  3/13/2023

/s/Alvin K. Hellerstein, U.S.D.J.
ALVIN K. HELLERSTEIN, U.S.D.J.